**FILED**
October 01, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:＿＿＿＿＿AD＿＿＿＿＿
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.  W24-667M |
| Plaintiff, | ) ) | **INFORMATION** |
| v. | ) ) | [Count One: 18 U.S.C. §§ 7(3) & 113(a)(5) – Simple Assault] |
| ALYSSA KANDI ANDRADE, | ) ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §§ 7(3) & 113(a)(5)]

On or about February 10, 2024, at the Fort Cavazos Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

ALYSSA KANDI ANDRADE

did commit a simple assault upon another person, to wit: P.J.D., in violation of Title 18, United States Code, Sections 7(3) & 113(a)(5).

JAMIE E. ESPARZA
United States Attorney

By:＿＿＿*Kevyn W. Lee*＿＿＿＿
KEVYN W. LEE
Special Assistant U. S. Attorney