UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § | NO: WA:24-M -00667(1) |
| (1) ALYSSA KANDI ANDRADE | § | |

## ORDER

On this day came the attorney for the Government before this Court and moved for dismissal without prejudice the charges contained in the original information in the above-styled cause.

It is therefore ORDERED that the charges against the defendant, (1) ALYSSA KANDI ANDRADE, in the above styled cause be DISMISSED without prejudice.

Signed this the 18th day of December, 2024.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE